Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of KARL H. LIIAMAA, Deceased, Employee, v. JOHN A. JOHNSON,

Employer, and THE EMPLOYERS MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Determination reversed. All concurred, except Cochrane and H. T. Kellogg, JJ., dissenting.